■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DONAH, Appellant. [5 NYS3d 736]—

Appeal from a judgment of the Supreme Court (Lawliss, J.), rendered March 5, 2012 in Clinton County, convicting defendant upon his plea of guilty of the crime of burglary in the third degree.

Defendant waived indictment and, in satisfaction of a superior court information, pleaded guilty to burglary in the third degree and waived his right to appeal. He thereafter was sentenced as a second felony offender to the agreed-upon prison term of 2 to 4 years. Defendant now appeals.

We affirm. Contrary to defendant's contention, his waiver of the right to appeal is valid. Supreme Court distinguished the right to appeal from those rights automatically forfeited by defendant's guilty plea, and defendant executed a written waiver in open court. Accordingly, defendant knowingly, voluntarily and intelligently waived his right to appeal his conviction and sentence (*see People v Oginski*, 123 AD3d 1303, 1303 [2014]; *People v Dyckman*, 114 AD3d 994, 995 [2014], *lv denied* 23 NY3d 1036 [2014]). Given defendant's valid waiver of appeal, his challenge to the severity of the sentence is precluded (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Fate*, 117 AD3d 1327, 1329 [2014], *lv denied* 24 NY3d 1083 [2014]; *People v White*, 96 AD3d 1299, 1300 [2012], *lv denied* 19 NY3d 1029 [2012]).

McCarthy, J.P., Garry, Egan Jr. and Lynch, JJ., concur. Ordered that the judgment is affirmed.